IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES PRESTON RAY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. CIV-14-735-C |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff brought the present action pursuant to 42 U.S.C. § 1983, seeking recompense for alleged violations of his constitutional rights. Consistent with the provisions of 28 U.S.C. § 636(b)(1)(B), this action was referred to United States Magistrate Judge Charles B. Goodwin. Judge Goodwin entered a Report and Recommendation ("R&R") on March 2, 2016, recommending Plaintiff's case be dismissed. Plaintiff has objected to the R&R.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. As Judge Goodwin noted, Plaintiff has failed to present any legally cognizable claim. Each of the claims raised by Plaintiff either fails as a matter of law or is factually unsupportable. Plaintiff's objection fails to demonstrate any error in the factual or legal reasoning employed by Judge Goodwin. Rather, Plaintiff's objection offers nothing other than conclusory disagreement with the R&R.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 49), and DISMISSES this action without prejudice. A separate judgment will issue.

IT IS SO ORDERED this 28th day of March, 2016.

ROBIN J. CAUTHRON
United States District Judge